UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| SARAH DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIANA PACKERS CORPORATION, )<br>)<br>Defendant. ) | Cause No. 4:21-CV-024-PPS |

### ORDER

The parties' Joint Stipulation for Dismissal [DE 75] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**, without costs to any party. All settings are hereby **VACATED**. The Clerk is **DIRECTED** to close the case.

**SO ORDERED**.

ENTERED: March 20, 2023.

      /s/ Philip P. Simon
   PHILIP P. SIMON, JUDGE
   UNITED STATES DISTRICT COURT